LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE FULLER,<br><br>          Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>          Defendants. | Case No. C 06 0990 MJJ<br><br>**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION** AND ORDER<br><br>HON. MARTIN J. JENKINS |

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff requests dismissal without prejudice of the entire action and Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulates to that dismissal.

Dated: _____

**LEVIN SIMES KAISER & GORNICK LLP**

_/s/ Emily Charley_
Emily Charley
Attorneys for Plaintiff

Dated: 8/7/06

**REED SMITH LLP**

_/s/ James M. Wood_
James M. Wood
Nadia M. Bishop
Dana Reedy
Attorneys for Defendants
ELI LILLY AND COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/8/2006

_/s/ Martin J. Jenkins_
The Honorable Martin J. Jenkins
United States District Court Judge

STIPULATION AND VOLUNTARY DISMISSAL           PAGE 1